**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant, SADOL DIAZ-BELTRAN

f(SPACE BELOW FOR FILING STAMP ONLY)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: **1:18-CR-00246 DAD BAM** |
|---|---|
| Plaintiff, | **AMENDED EX PARTE APPLICATION FOR ORDER TO MODIFY TERMS OF DEFENDANT'S PRETRIAL RELEASE; DECLARATION OF ROGER D. WILSON; ORDER.** |
| v. | |
| SADOL DIAZ-BELTRAN, | |
| Defendant. | |

Defendant SADOL DIAZ-BELTRAN by and through his counsel, ROGER D. WILSON, applies *Ex Parte* to the Court for an order modifying the terms of his pretrial release.

This amended application is based on the attached Declaration of Roger Wilson and upon the records on file in the instant action.

Respectfully submitted,

Dated: July 10, 2019    By: _____/s/ *Roger D. Wilson*_____
**ROGER D. WILSON**
Attorney for Defendant SADOL DIAZ-BELTRAN

--o0o--

**DECLARATION OF ROGER D. WILSON**

I, Roger D. Wilson, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and the United States District Court for the Eastern District of California, and am counsel of record for Defendant SADOL DIAZ-BELTRAN in the above-referenced case.

2. On or about November 8, 2018, Mr. Sadol Diaz-Beltran was charged with conspiracy to distribute and to possess with intent to distribute methamphetamine and heroin, in violation of 21 U.S.C. §§ 846 and 841(a)(1) [Count One] and possession with intent to distribute methamphetamine and heroin in violation of 21 U.S.C. § 841(a)(1) [Count Two].

3. On or about December 10, 2018, Mr. Diaz-Beltran was ordered released from jail and placed on terms and conditions of pretrial release. One of those terms related to Mr. Diaz-Beltran's curfew. Mr. Diaz-Beltran has complied with the terms and conditions of his pretrial release.

4. Mr. Diaz-Beltran would like to modify the term of his pretrial release related to his curfew as explained in Paragraph 7, below.

5. Mr. Diaz-Beltran and I discussed this modification with Mr. Diaz-Beltran's Probation and Pretrial Services Officer, Matthew S. Carter. Officer Carter approved of the requested modification for Mr. Diaz-Beltran.

6. On or about July 5, 2019, I discussed the proposed modification with Assistant United States Attorney (AUSA) Angela Scott. AUSA Scott replied to me that the Government has "no objection" to the request.

7. On July 10, 2019, I again discussed the proposed modification with Matthew S. Carter, U.S. Probation and Pretrial Services Officer, and also with Mr. Frank Guerrero, Intensive Supervision Specialist, U.S. Pretrial Services, and was advised the proposed modification would be to existing Condition 7(I) located on page 2 of the Order Setting Conditions of Release. Further, Specialist Guerrero explained that the condition requiring Mr. Diaz-Beltran to participate in the Home Detention component of the Location Monitoring Program with electronic monitoring or other location verification system shall be modified

from the Home Detention component to the Curfew component of the Location Monitoring Program. The proposed new language shall be:

> "CURFEW: You are restricted to your residence every day from 9:00 pm to 6:00 am, or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment or court-ordered obligations. All other conditions not in conflict with this order shall remain in full force and effect."

8. Therefore, Mr. Diaz-Beltran respectfully requests that the Court grants his request and modify the term of his pretrial release as explained in Paragraph 7, above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 10, 2019, in Fresno, California.

/s/ *Roger D. Wilson*
**ROGER D. WILSON**

# **ORDER**

This matter, having come before the Court on Defendant SADOL DIAZ-BELTRAN's Amended *Ex Parte* application to modify the terms and conditions of his pretrial release, and for good cause shown, **IT IS HEREBY ORDERED**:

Condition 7(I) located on page 2 of the Order Setting Conditions of Release is modified to:

"CURFEW: You are restricted to your residence every day from 9:00 pm to 6:00 am, or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment or court-ordered obligations. All other conditions not in conflict with this order shall remain in full force and effect."

IT IS SO ORDERED.

Dated: __**July 11, 2019**__   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE