McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                    v.<br><br>RUBEN CORTEZ-ROCHA,<br>JOSE LOZANO,<br> aka "Junior"<br>SADOL DIAZ-BELTRAN, and<br>RICARDO ZEPEDA-NAVARRO,<br><br>                         Defendants. | CASE NO. 1:18-CR-00246-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT FOR DEFENDANT SADOL DIAZ-BELTRAN; FINDINGS AND ORDER<br><br>CURRENT DATE: January 27, 2020<br>CURRENT TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe<br><br>PROPOSED DATE: March 9, 2020<br>PROPOSED TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant SADOL DIAZ-BELTRAN ("DIAZ-BELTRAN"), by and through his counsel of record, Roger Wilson, hereby stipulate as follows:

1.     On December 10, 2018, defendant DIAZ-BELTRAN was arraigned and released on conditions. The Court set a status conference for February 11, 2019, and excluded the time from December 10, 2018, through February 11, 2019 under the Speedy Trial Act. Doc. 29.

2.     At the status conference on February 11, 2019, the Court set a further status conference on May 13, 2019, and excluded time from February 11, 2019, through May 13, 2019. Doc. 50.

3. On May 9, 2019, the Court granted the parties request to continue the status conference to August 26, 2019 at 1:00 pm, and excluded time from May 13, 2019 to August 26, 2019, inclusive, under the Speedy Trial Act. Doc. 60.

4. At the status conference on August 26, 2019, the Court set a further status conference on November 12, 2019, and excluded time from August 26, 2019, through November 12, 2019. Doc. 70.

5. At the status conference on November 12, 2019, the Court set a further status conference on January 27, 2020, and excluded time from November 12, 2019, through January 27, 2020. Doc. 79.

6. By this stipulation, the parties now move to continue the January 27, 2020 status conference, to March 9, 2020, and to exclude time between January 27, 2020, and March 9, 2020, inclusive, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(i) and (iv).

7. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 100 pages of reports and photographs, as well as over 40 audio recordings, many of which are in a foreign language. This discovery has been produced directly to counsel.

b) Counsel for defendant desires additional time to review the current charges, to review the discovery, to conduct research and investigation related to the charges and potential pretrial motions, and to consult with his client.

c) Counsel for defendant has various conflicts in other cases between now and the proposed March 9, 2020 hearing that would not reasonably permit him to try this case any time between now and at least March 9, 2020.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 27, 2020 to March 9,

2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

8.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 16, 2020                          McGREGOR W. SCOTT
                                                  United States Attorney


                                                   /s/ ANGELA L. SCOTT
                                                  ANGELA L. SCOTT
                                                  Assistant United States Attorney



Dated:  January 16, 2020                          ___ s/ per email authorization_____
                                                  ROGER WILSON
                                                  Counsel for Defendant
                                                  SADOL DIAZ-BELTRAN


## FINDINGS AND ORDER

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the status conference, currently set for January 27, 2020, is hereby vacated and continued to March 9, 2020, at 1:00 p.m.  It is further ORDERED that the time period between January 27, 2020, and March 9, 2020,

//

//

1  inclusive, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§

2  3161(h)(7)(A), B(i) and (iv) for the reasons stated in the parties' stipulation.

3

4  IT IS SO ORDERED.

5      Dated:   **January 16, 2020**            /s/ *Barbara A. McAuliffe*

6                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT