United States District Court
EASTERN DISTRICT OF CALIFORNIA 
FEB 28 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 1:18-cr-00246-DAD-BAM-003
)
Sadol Diaz-Beltran )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Sadol Diaz-Beltran___, have discussed with ___Francisco J. Guerrero___, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the curfew component of the Location Monitoring Program with electronic monitoring or other location verification system is removed. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  2-25-20      _____  2/25/2020
Signature of Defendant      Date         Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                             2/27/20
Signature of Assistant United States Attorney         Date
Angela L. Scott

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                             FEB. 27, 2020
Signature of Defense Counsel                          Date
Roger D. Wilson

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on 2/27/20.
☐ The above modification of conditions of release is *not* ordered.

_____                             2/27/20
Signature of Judicial Officer                         Date
cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services