1  PHILLIP A. TALBERT
United States Attorney
2  JESSICA A. MASSEY
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8                 IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:18-CR-00246 DAD-BAM

12                         Plaintiff,      STIPULATION TO VACATE STATUS AND
                                           TRIAL DATES, SET CHANGE OF PLEA, AND
13               v.                        EXCLUDE TIME UNDER SPEEDY TRIAL ACT;
                                           ORDER
14  SADOL DIAZ-BELTRAN,
                                           CURRENT DATE: March 28, 2023
15                         Defendant.      TIME: 8:30 AM
                                           COURT: Hon. Barbara A. McAuliffe
16

17

18                              **STIPULATION**

19          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20  through his counsel of record, hereby stipulate as follows:

21          1.      This case was previously set for trial on March 28, 2023, with a trial confirmation date of

22  February 13, 2023, and an additional status date of February 8, 2023.  Time was previously excluded to

23  March 28, 2023.  Doc. 217.

24          2.      The defendant intends to accept the government's plea offer.

25          3.      By this stipulation, the parties now move to vacate the current trial, trial confirmation,

26  and status dates and set the case for a change of plea hearing on March 27, 2023, at 8:30am.

27          4.      The parties agree that time shall remain excluded through March 27, 2023, pursuant to 18

28

U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].


IT IS SO STIPULATED.


Dated:  January 31, 2023                          PHILLIP A. TALBERT
                                                  United States Attorney


                                                  /s/ JESSICA A. MASSEY
                                                  JESSICA A. MASSEY
                                                  Assistant United States Attorney



Dated:   January 31, 2023

                                                  /s/ ROGER D. WILSON
                                                  ROGER D. WILSON
                                                  Counsel for Defendant
                                                  SADOL DIAZ-BELTRAN


## ORDER

IT IS SO ORDERED that the status conference set for February 8, 2023, the trial confirmation set for February 13, 2023, and jury trial set for March 28, 2023 are vacated. A change of plea hearing is set for **March 27, 2023, at 8:30 a.m. before District Judge Ana de Alba**.  Time was previously excluded through March 28, 2023. (Doc. 217.)

IT IS SO ORDERED.

Dated:   **February 1, 2023**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE