**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant SADOL DIAZ-BELTRAN

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>SADOL DIAZ-BELTRAN.<br><br>　　　Defendant. | Case No.: **1:18-CR-00246 DAD-BAM**<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER<br><br>Current Date: March 27, 2022<br>Time: 8:30 a.m.<br>Court: Hon. Ana de Alba |

## **STIPULATION**

Defendant SADOL DIAZ-BELTRAN, by and through his counsel of record, Roger D. Wilson, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea on March 27, 2023.

2. By this stipulation, defendant now move to continue the change of plea until July 31, 2023, and to exclude time between March 27, 2023, and July 31, 2023, under U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The parties stipulate, and request that the court find the following:

　　a) Counsel for the defendant desires additional time to consult with his client as he has been unable to have the plea agreement executed by his client.

　　b) Counsel for defendant believes that failure to grant the above-requested

continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c)    The government does not object to the continuance and joins the request.

    d)    Based on the above-stated findings, the ends of justice are served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 27, 2023, to July 31, 2023 inclusive, is deemed excludable under 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), because it results from a continuance granted by the court at defendant's request on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant is a speedy trial.

3.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable form the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 22, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Jessica Massey
JESSICA MASSEY
Assistant United States Attorney

Dated:  March 22, 2023

/s/ Roger D. Wilson
ROGER WILSON
Counsel for Defendant
SADOL DIAZ-BELTRAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SADOL DIAZ-BELTRAN<br><br>    Defendant. | CASE NO. 1:18-CR-00246 DAD-BAM<br><br> FINDINGS AND ORDER<br><br>PROPOSED DATE: July 31, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**ORDER**

The court has reviewed and considered the stipulation that the parties filed on March 22, 2023. Based on the reasons articulated in that filing, the court finds good cause to move the current change of plea hearing from March 27, 2023, to July 31, 2023, and to exclude time under the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), because it results from a continuance granted by the court at defendant's request on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

    Dated:   March 23, 2023

_____
UNITED STATES DISTRICT JUDGE