PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SADOL DIAZ-BELTRAN<br><br>Defendants. | CASE NO. 1:18-CR-00246 ADA-BAM<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 31, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant SADOL DIAZ-BELTRAN, by and through defendant's counsel of record, Roger Wilson, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on July 31, 2023.

2. On July 29, 2023, the Court indicated there will be no calendar on July 31, 2023, as the 2023 Ninth Circuit Judicial Conference is scheduled for the week of July 31.

3. Accordingly, the parties stipulate to continue the change of plea hearing until September 5, 2023, and to exclude time between the previously set plea hearing, July 31, 2023, and September 5, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(i), and (B)(iv). The parties stipulate and request that the court find the following:

    a) Counsel for the defendant desires additional time to consult with his client to

discuss the proposed plea agreement.

    b) Counsel for defendant has various conflicts in other cases between now and the proposed September 5, 2023, change of plea hearing that would not reasonably permit a change of plea hearing earlier than that date.

    c) The Court is also unavailable for a change of plea hearing as currently set for July 31, 2023.

    d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The government does not object to the continuance and joins the request.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 31, 2023 to September 5, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(i), and (B) (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant's in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 5, 2023                      PHILLIP A. TALBERT
                                            United States Attorney

                                            /s/ BRITTANY M. GUNTER
                                            BRITTANY M. GUNTER
                                            Assistant United States Attorney

Dated: July 5, 2023  /s/ ROGER WILSON
ROGER WILSON
Counsel for Defendant

**ORDER**

The court has reviewed and considered the stipulation that the parties filed on July 5, 2023. Based on the reasons articulated in that filing, the court finds good cause to move the current change of plea hearing from July 31, 2023, to September 5, 2023, and to exclude time under the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A), (B)(i), and (B)(iv), because it results from a continuance granted by the court at the parties' request on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   July 5, 2023

UNITED STATES DISTRICT JUDGE