PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SADOL DIAZ-BELTRAN<br><br>Defendants. | CASE NO. 1:18-CR-00246-ADA-BAM<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 5, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant SADOL DIAZ-BELTRAN, by and through defendant's counsel of record, Roger Wilson, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on September 5, 2023.

2. The defendant is requesting more time to discuss the terms of the proposed plea agreement with counsel.

3. Accordingly, the parties stipulate to continue the change of plea hearing until October 23, 2023, and to exclude time between the previously set plea hearing, September 5, 2023, and October 23, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(i), and (B)(iv). The parties stipulate and request that the court find the following:

   a) The defendant and his counsel desires additional time to consult about the

proposed plea agreement.

      b)    Counsel has various conflicts in other cases between now and the proposed October 23, 2023, change of plea hearing that would not reasonably permit a change of plea hearing earlier than that date.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance and joins the request.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 5, 2023 to October 23, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(i), and (B) (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant's in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 30, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated:  August 30, 2023            /s/ ROGER WILSON
                                    ROGER WILSON
                                    Counsel for Defendant

## ORDER

The court has reviewed and considered the stipulation of the parties. Based on the reasons articulated in that filing, the court finds good cause to move the current change of plea hearing from September 5, 2023, to October 23, 2023, and to exclude time under the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A), (B)(i), and (B)(iv), because it results from a continuance granted by the court at the parties' request on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   August 31, 2023                _____
                                         UNITED STATES DISTRICT JUDGE