1   PHILLIP A. TALBERT
United States Attorney
2   BRITTANY M. GUNTER
Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
Fresno, CA 93721
4   Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6   Attorneys for Plaintiff
United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO.  1:18-CR-00246-ADA-BAM

12                          Plaintiff,       STIPULATION TO CONTINUE CHANGE OF
                                             PLEA HEARING AND EXCLUDE TIME UNDER
13              v.                           SPEEDY TRIAL ACT; FINDINGS AND ORDER

14  SADOL DIAZ-BELTRAN                       DATE: October 23, 2023
                                             TIME: 8:30 a.m.
15                          Defendant        COURT: Hon. Ana de Alba

16

17          Plaintiff United States of America, by and through its counsel of record, and defendant SADOL

18  DIAZ-BELTRAN, by and through defendant's counsel of record, Roger Wilson, hereby stipulate as

19  follows:

20          1.      By previous order, this matter was set for a change of plea hearing on October 23, 2023.

21          2.      The defendant is requesting more time to discuss the terms of the proposed plea

22  agreement with counsel and to further review the discovery to determine whether to proceed to trial.

23          3.      Accordingly, the parties stipulate to continue the change of plea hearing until December

24  11, 2023, and to exclude time between the previously set plea hearing, October 23, 2023, and December

25  11, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(i), and (B)(iv).  The parties stipulate and request

26  that the court find the following:

27              a)      The defendant and his counsel desires additional time to consult about the

28          proposed plea agreement and to further review the discovery to determine whether to proceed to

STIPULATION TO CONTINUE CHANGE OF PLEA                    1
HEARING, EXCLUDE TIME; [PROPOSED] ORDER

1 trial.

2  b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  c) The government does not object to the continuance.

  d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 23, 2023 to December 11, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(i), and (B)(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant's in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

 IT IS SO STIPULATED.


Dated:  October 19, 2023    PHILLIP A. TALBERT
          United States Attorney


          /s/ BRITTANY M. GUNTER
          BRITTANY M. GUNTER
          Assistant United States Attorney


Dated:  October 19, 2023    /s/ ROGER WILSON
          ROGER WILSON
          Counsel for Defendant

**ORDER**

The court has reviewed and considered the stipulation of the parties. Based on the reasons articulated in that filing, the court finds good cause to move the current change of plea hearing from October 23, 2023, to December 11, 2023, and to exclude time under the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A), (B)(i), and (B)(iv), because it results from a continuance granted by the court at the parties' request on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:    October 20, 2023

_____
UNITED STATES DISTRICT JUDGE