PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>SADOL DIAZ-BELTRAN,<br><br>                    Defendant. | Case No: 1:18-CR-00246-ADA-BAM<br><br>STIPULATION TO VACATE CHANGE OF PLEA HEARING; SET STATUS CONFERENCE; ORDER<br><br>DATE: December 11, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorney, Brittany M. Gunter, on behalf of the government, and Roger Wilson, on behalf of defendant Sadol Diaz-Beltran ("the defendant"), that this action's (1) change of plea hearing set for December 11, 2023, be vacated; and (2) a status conference be set for Wednesday, December 13, 2023, to set a trial date.

The parties base this stipulation on good cause and therefore ask the court to endorse this stipulation by way of formal order. Specifically,

1. The grand jury returned an indictment against the defendant on November 8, 2018. Dkt. 1.

2. On December 10, 2018, the defendant was arraigned and released on conditions. Dkt. 29.

3. Prior to the first status conference, the court entered an order waiving the defendant's appearance at all non-substantive pretrial proceedings until further order. Dkt. 43.

1

4. After the first status conference on February 11, 2019, the court conducted three additional status conferences. Dkt. 50, 70, 79, 101. Separately, the court granted at least twelve continuances at the parties' request. Dkt. 60, 89, 118, 134, 170, 189, 203, 212, 217, 234, 238, 248. Each continuance included an appropriate exclusion of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), B(i), and B(iv).

5. On January 23, 2023, the court issued a minute order setting the case for trial to begin on March 28, 2023. Dkt. 254.

6. At the request of the parties, the court vacated the trial date and set the case for a change of plea hearing. Dkt. 258.

7. The court continued the change of plea hearing four times for various reasons, including the court's unavailability and to allow additional time for the defendant to consult with his counsel about the proposed plea agreement. Dkt. 265, 276, 282, 287. Each continuance included an appropriate exclusion of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), B(i), and B(iv).

8. On November 1, 2023, the court set the case for a change of plea hearing on December 11, 2023. Dkt. 287.

9. On November 15, 2023, the government's plea offer for the defendant expired.

10. On November 21, 2023, the defense counsel indicated he did not have a signed plea agreement from the defendant. The parties discussed setting the case for a status conference to indicate on the record that a plea offer was extended and not accepted by the defendant. The parties also discussed setting a trial date at the next status conference.

11. The parties confirmed with the court that December 13, 2023, is available for a status conference.

12. Prior to the status conference and after consulting with witnesses about their availability, the parties will submit a joint status report with proposed trial dates.

13. In anticipation of trial, defense counsel will need additional time to investigate the case including potential defenses, hire and interact with experts, contact potential witnesses,

complete its review of discovery and supplemental discovery, and communicate with the defendant.

14. Counsel for the government will ensure that any additional information that it locates and should be produced pursuant to Rule 16 is indeed identified and produced.

15. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

16. The parties therefore stipulate that the period of time from December 11, 2023, through December 13, 2023, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  November 28, 2023       PHILLIP A. TALBERT
                                United States Attorney

                                By:  /s/ BRITTANY M. GUNTER
                                     BRITTANY M. GUNTER
                                     Assistant United States Attorney

Dated:  November 21, 2023       By:  /s/ ROGER WILSON
                                     ROGER WILSON
                                     Attorney for Defendant

3

**O R D E R**

Based on the foregoing, the Court **ORDERS**:

(1) The change of plea hearing currently set for Monday, December 11, 2023, is VACATED.

(2) A status conference is set for **Wednesday, December 13, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**, and the defendant is **ORDERED** to appear **IN PERSON** at the status conference.

(3) At least one week in advance of the status conference, the parties shall file a joint status report with proposed trial dates.

(4) Counsel are directed to meet and confer and select a mutually convenient date for trial to be discussed at the next hearing date.

**IT IS FURTHER ORDERED THAT** the period of time from December 11, 2023, through December 13, 2023, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **November 28, 2023**          /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

4