PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>SADOL DIAZ-BELTRAN,<br><br>              Defendant. | CASE NO. 1:18-CR-00246-TLN-BAM<br><br>STIPULATION TO VACATE TRIAL DATE AND TRIAL CONFIRMATION HEARING; ORDER<br><br>DATE: May 13, 2024<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

The United States of America, by and through its counsel of record, Assistant United States Attorney Brittany Gunter, and defendant Sadol Diaz-Beltran, by and through defendant's counsel of record, Roger Wilson, hereby stipulate as follows:

1.     On November 28, 2023, the Court signed an order vacating a change of plea hearing date on December 11, 2023, and then set the case for a status conference on December 13, 2023. The Court ordered the defendant to appear in person at the status conference. Dkt. 293.

2.     On December 13, 2023, the defendant did not appear at the status conference as ordered. Accordingly, the Court issued a bench warrant for non-appearance. Dkt. 297.

3.     At the status conference, the government and the defense counsel agreed to set the case for trial, despite the defendant's non-appearance. The Court set the case for trial on June 11, 2024. The Court also set a trial confirmation hearing on May 13, 2024.

4.     At this time, the parties request that the Court vacate the trial date and trial confirmation

hearing date. The defense attorney has not had any contact with the defendant. Further, the defendant has not yet been arrested pursuant to the arrest warrant. Accordingly, the parties do not believe a trial date and trial confirmation hearing are necessary.

5. Pursuant to the relevant provisions of 18 U.S.C. § 3161, the parties previously obtained a waiver of time through June 11, 2024. Dkt. 27.

IT IS SO STIPULATED.

Dated:  January 30, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated:  January 30, 2024

/s/ ROGER WILSON
ROGER WILSON
Counsel for Defendant

**ORDER**

IT IS ORDERED that the June 11, 2024, trial date and the May 13, 2024, trial confirmation hearing are hereby VACATED.

IT IS SO ORDERED.

Dated:  **January 30, 2024**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE