PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SADOL DIAZ-BELTRAN,<br><br>Defendant.<br><hr>VIANEY BELTRAN LOPEZ,<br><br>Surety. | Case No. 1:18-CR-00246-NODJ-BAM<br><br>ORDER DECLARING FORFEITURE OF BAIL |

WHEREAS, the defendant, having violated at least one condition of his appearance bond, and for good cause shown, IT IS HEREBY ORDERED that:

Pursuant to 18 U.S.C. § 3146(d) and Rule 46(f)(1) of the Federal Rules of Criminal Procedure, defendant Sadol Diaz-Beltran's bail is ordered FORFEITED.

IT IS SO ORDERED.

Dated:   **September 19, 2024**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

ORDER DECLARING BAIL FORFEITED                                    1