PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SADOL DIAZ-BELTRAN,<br><br>  Defendant.<br><hr>VIANEY BELTRAN LOPEZ,<br><br>  Surety. | Case No. 1:18-CR-00246-NODJ-BAM<br><br>ORDER DIRECTING CLERK<br>TO ENTER DEFAULT JUDGMENT AND<br>DIRECTING CLERK TO APPLY SECURED CASH<br>BOND TO CRIME VICTIMS' FUND |

   The Court, having reviewed the court files and the United States' Motion for an Order Directing Clerk to Enter Default Judgment and Directing Clerk to Apply Secured Cash Bond to Crime Victims' Fund (the Motion), hereby GRANTS the Motion. Accordingly, the Court directs the Clerk of Court to:

   1.   ENTER default judgment in favor of the United States and against defendant Sadol Diaz-Beltran and surety Vianey Beltran Lopez for $5,000, plus interest as allowed by law; and

///

///

///

///

2. APPLY the $5,000 cash bond (plus any accrued interest) currently held with the clerk to the Crime Victims' Fund.

IT IS SO ORDERED.

Dated: September 26, 2024

Troy L. Nunley
Chief United States District Judge