PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00246-TLN-BAM |
|---|---|
| Plaintiff, | JUDGMENT AGAINST DEFENDANT SADOL DIAZ BELTRAN AND SURETY VIANEY BELTRAN-LOPEZ |
| v. | |
| SADOL DIAZ-BELTRAN, | |
| Defendant. | |
| VIANEY BELTRAN LOPEZ, | |
| Surety. | |

Pursuant to Federal Rule of Criminal Procedure 46(f)(3)(A), judgment is entered in favor of the United States as follows:

1. Defendant Sadol Diaz Beltran is liable to the United States for the amount of the forfeited bail, $5,000, together with interest and costs as allowed by law;

2. Surety Vianey Beltran Lopez is liable to the United States for the amount of the forfeited bail, $5,000, jointly and severally with Defendant Sadol Diaz Beltran, together with interest and costs as allowed by law; and

///

///

3. The Clerk shall serve Surety Vianey Beltran Lopez by mail with this judgment.

IT IS SO ORDERED.

Dated: __**October 1, 2024**__                                     /s/ Jennifer L. Thurston
                                                                              UNITED STATES DISTRICT JUDGE